1    Nima Nami (SBN 183042)
     NAMI LAW FIRM
2    20434 S. Santa Fe Ave.
     Long Beach, CA 90810
3    Tel: (949) 610-8535
     Fax: (949) 612-3839
4

5    Attorneys for Defendants SORAYA KELAR and BECHEESO'S INCORPORATED.

6

7               **UNITED STATES DISCTIRCT COURT**

8               **NORTHERN DISTRICT OF CALIFORNIA**

9                    **SAN JOSE DIVISION**

10

11   SHELBY GAIL HEIFETZ              Case No. 416-CV-2783

12                               **STIPULATION TO EXTEND**
                                    **BACHEESO'S INCORPORATED AND**
13                                     **SORAYA KELAR'S DEADLINE TO**
                     Plaintiff,     **RESPOND TO THE FIRST AMENDED**
14                                     **COMPLAINT; ORDER**

15        v.

16   SONIA'S SUSHICAKES, LLC, a California
     limited liability company; SORAYA KELAR,
     an individual; and BACHEESO'S
17   INCORPORATED, a California corporation;
     an DOES 1 through 10, inclusive,

18

19                    Defendants.

20

21

22

23

24

25

26

27

28

_____
STIPULATION AND ORDER                           1

1    IT IS HEREBY STIPULATED by and between Plaintiff SHELBY GAIL HEIFETZ

2   ("Plaintiff") and Defendants SORAYA KELAR and BECHEESO'S INCORPORATED

3   ("Defendants") (collectively, "Parties") that Defendants may have additional time within which to

4   answer or otherwise respond to Plaintiff's First Amended Complaint ("FAC").  Accordingly, the

5   parties stipulated that the last day for Defendant to respond to the FAC is October 16, 2016.

6    Good cause exists for this extension as Defendants are in the process of completing the

7   required modifications to the subject premises identified in the FAC to comply with applicable

8   federal and state regulations; and that the parties are engaged in settlement negotiations to resolve

9   the case at this early stage to avoid protracted litigation of Plaintiff's claims.

10    This document is filed electronically through the court's ECF System.  In this regard, the

11   parties have reviewed and consent with the filing of this document.

12    Respectfully submitted,

13

14

15

16   DATED:  September 20, 2016          LAW OFFICES OF IRENE KARBELASHVILI

17

18                                       By:   /s/ Irene Karbelashvili
                                              Irene Karbelashvili
19                                            Attorneys for Plaintiff Shelby Gail Heifetz

20

21   DATED:  September 20, 2016          NAMI LAW FIRM

22

23                                       By:   /s/ Nima Nami
                                              Nima Nami
24                                            Attorneys for Defendants Bacheeso's
                                              Incorporated and Soraya Kelar

25

26

27

28

1

**ORDER**

2      Pursuant to the partiers' stipulation, **IT IS SO ORDERED.** Defendants Sonya Kelar and

3  Bacheeso's Incorporated shall answer or otherwise respond to Plaintiff's First Amended Complaint

4  on or before October 16, 2016.

5

6

7  Dated: _____9/21/16_____                       *Kandis Westmore*

8                                              The Honorable  Kandis A. Westmore
                                               United States District Court
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28