**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for SHELBY GAIL HEIFETZ, Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br>　　　　　Plaintiff,<br><br>vs.<br><br>SONIA'S SUSHICAKES, LLC, a California limited liability company; SORAYA KELAR, an individual, BACHEESO'S INCORPORATED, a California corporation, collectively d/b/a BACHEESO'S a/k/a BACHEESO THE TASTE OF EUROPE; and DOES 1-10, inclusive,<br>　　　　　Defendants. | Case No. 16-cv-2783-KAW<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL PARTIES OF INTEREST:

　　Notice is hereby given that the parties to the above-captioned matter have reached a settlement which fully resolves the claims herein. The parties respectfully request that all matters currently on calendar be vacated. It is anticipated by the parties that dismissal documents will be filed with the Court no later than May 5, 2017.

Dated: March 13, 2017　　　　　　　/s/ *Irene Karbelashvili*
　　　　　　　　　　　　　　　　　Irene Karbelashvili, Attorney for Plaintiff
　　　　　　　　　　　　　　　　　SHELBY GAIL HEIFETZ