| | |
|---|---|
| 1 | LAW OFFICE OF IRENE KARBELASHVILI |
| 2 | Irene Karbelashvili, State Bar Number 232223 |
|   | Irakli Karbelashvili, State Bar Number 302971 |
| 3 | 12 South First Street, Suite 413 |
|   | San Jose, CA 95113 |
| 4 | Telephone: (408) 295-0137 |
|   | Fax: (408) 295-0142 |

Attorneys for SHELBY GAIL HEIFETZ, Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br>　　　　　Plaintiff,<br>vs.<br>SONIA'S SUSHICAKES, LLC, a California limited liability company; SORAYA KELAR, an individual, BACHEESO'S INCORPORATED, a California corporation, collectively d/b/a BACHEESO'S a/k/a BACHEESO THE TASTE OF EUROPE; and DOES 1-10, inclusive,<br>　　　　　Defendants. | Case No. 4:16-cv-2783-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff SHELBY GAIL HEIFETZ ("Plaintiff"), Defendants SONIA'S SUSHICAKES, LLC, a California limited liability company; and BACHEESO'S INCORPORATED, a California corporation, collectively d/b/a BACHEESO'S a/k/a BACHEESO THE TASTE OF EUROPE ("Defendants") that having reached a full and final resolution of Plaintiff's claims, this action be dismissed with prejudice against all defendants including SORAYA KELAR. The parties are to bear their own attorneys' fees and costs. The parties also request that the Court retain jurisdiction over the enforcement of the terms of the SETTLEMENT AGREEMENT AND RELEASE executed by Plaintiff and Defendants and approved by their respective attorneys.

IT IS SO STIPULATED.

Dated: May 22, 2017        */s/ Irene Karbelashvili*
                          Irene Karbelashvili, Attorney for Plaintiff
                          Shelby Gail Heifetz

Dated: May 22, 2017        */s/ Nima Nami*
                          Nima Nami, Attorney for Defendant Bacheesos Incorporated

Dated: May 22, 2017        */s/ Robert Infelise*
                          Robert Infelise, Attorney for Defendant Sonia's Sushicakes, LLC

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that I, Irene Karbelashvili, received the concurrence of counsel for Defendants in the filing of this document

By: */s/ Irene Karbelashvili*
    IRENE KARBELASHVILI

**[PROPOSED] ORDER**

Having reviewed the above Stipulation for Dismissal with Prejudice by Plaintiff SHELBY GAIL HEIFETZ on the one hand and Defendants SONIA'S SUSHICAKES, LLC, a California limited liability company; and BACHEESO'S INCORPORATED, a California corporation, collectively d/b/a BACHEESO'S a/k/a BACHEESO THE TASTE OF EUROPE, on the other hand,

**IT IS HEREBY ORDERED** that:

1. This action be dismissed with prejudice against all Defendants.
2. All parties shall bear their own costs and fees in the action.
3. The Court retains jurisdiction over the parties' SETTLEMENT AGREEMENT AND RELEASE.
4. The Clerk shall close the case file.

Dated: 6/1/17

_Kandis Westmore_
United States Magistrate Judge